**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com

                                          **Hector V. Ramirez, Esq.**
                                          ramirez@nklegal.com

September 12, 2019

**VIA ECF**
Honorable Judge Alison J. Nathan
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      *Re:*    *Breeze v. 1414 Holdings, LLC*
               *SDNY Case No.: 1:19-cv-06079*

Dear Judge Nathan:

     This law firm together with Bashian & Papantoniou, P.C., represent the Plaintiff, Byron Breeze, in the above-captioned matter. Plaintiff previously advised the Court that a settlement in principle been reached in the above-captioned matter. The Court granted the parties' request for thirty (30) days for Plaintiff to file a Notice of Dismissal with Prejudice, or, in the alternative, for the case to remain pending.

     Unfortunately, due to extenuating circumstances, finalization of the settlement is taking longer than the Parties expected. Given the near complete resolution of this matter, the Parties respectfully request an additional thirty (30) days in which to file the stipulation of dismissal or request reinstatement of the case.

     We thank the Court for your time and consideration in this matter.

                                          Respectfully Submitted,

                                          **Law Offices of Nolan Klein, P.A.**

                                          By:  */s/ Hector V. Ramirez*
                                                   HECTOR V. RAMIREZ, ESQ.
                                                   (HR3270)

HVR/amd
cc: Erik M. Bashian, Esq. (co-counsel for Plaintiff) (via ECF)
    Shira M. Blank, Esq., and Joshua A. Stein, Esq. (via ECF)